**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REYGAN BOUGAULT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-1897-CMS |
| | ) | |
| UNKNOWN FARREL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court upon several motions filed by self-represented Plaintiff Reygan Bougault. Before the Court can address all the motions, Plaintiff must either pay the full filing fee or Plaintiff must complete an application to proceed in district court without prepaying fees or costs. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 8, is defective as it does not provide sufficient information regarding Plaintiff's finances. The motion states that an "attached financial statement/declaration is true and correct" but there is no such attachment with the motion. *Id*. Plaintiff provides no information about his income, his assets, his debts, his obligations, or any other relevant financial information. Therefore, the motion will be denied at this time.

Further, the complaint and amended complaint are defective because they have not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff will therefore be directed to file an amended complaint on Court-provided forms AND to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Petitioner must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **21 days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended petition on the Court's form within **21 days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original and amended complaint and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 18th day of March, 2026.

_____

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2